AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SNAP INC.

*Counterclaim-Plaintiff,*

v.

ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE, UNIVERSITY-INDUSTRY COOPERATION GROUP OF KYUNG HEE UNIVERSITY, and ACCESS ADVANCE LLC,

*Counterclaim-Defendants.*

Civil Action No. C.A. No. 26-918 (MN)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Access Advance LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF DELAWARE ★

*CLERK OF COURT*

Date: 11/09/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. C.A. No. 26-918 (MN)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ACCESS ADVANCE LLC

was received by me on *(date)* 11/10/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY, AS AGENT, ACCEPTED BY MS. DENISE (MANAGING AGENT EMPLOYED AT REG. AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* ACCESS ADVANCE LLC 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 11/10/2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/10/2026

[signature]

*Server's signature*

GILBERT DEL VALLE PROCESS SERVER

*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600

*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; DEFENDANT SNAP INC.'S ANSWER AND COUNTERCLAIMS TO THE FIRST AMENDED COMPLAINT, CERTIFICATE OF SERVICE